BEFORE THE THIRD DIVISION, OCTOBER 21, 1938

No. 39683.—Protest 585614–G of S. Hata Shoten, Ltd. (Honolulu).

Opinion by EVANS, J. It was agreed that the bean flour in question is the same in all material respects as that passed upon in *Togasaki* v. *United States* (23 C. C. P. A. 342, T. D. 48197). However that record was not incorporated and there was no evidence to support the claim made. The protest was therefore overruled.

No. 39684.—Protest 541066–G of I. Fujimoto (Honolulu).

Opinion by EVANS, J. The protest was sustained in accordance with the report of the collector.

BEFORE THE FIRST DIVISION, OCTOBER 24, 1938

No. 39685.—Protests 925264–G, etc., of Steinberger Bros. Glove Corp. (New York).

Opinion by BROWN, J. No evidence having been offered in support of the claims made the protests were overruled.

No. 39686.—Protest 917558–G of Elliott Wool Pullery, Ltd. (Salt Lake City).

Opinion by BROWN, J. On the record presented the protest was overruled.

No. 39687.—Protest 899151–G of Wm. X. Huber (Los Angeles).

Opinion by BROWN, J. From the record it was found that the rugs were damaged to the extent of 40 percent ad valorem and the protest was accordingly sustained.

No. 39688.—Protest 659073–G of Carlhian of Paris (New York).

Opinion by BROWN, J. The protest was overruled.